CIMARRON FEDERAL SAVINGS ASSO-
CIATION, substitute party-appellant
for Cimarron Federal Savings and
Loan Association, substitute party-
plaintiff for Home Savings and Loan
Association, Appellant,

v.

Ewel D. JONES and Katherine
Jones, Appellees,

and

State of Oklahoma, ex rel. Oklahoma
Employment Security Commission,
Clinton Lumber Company, KC Interi-
ors, Inc., an Oklahoma corporation,
Color Wheel Decorating Store, Betty
Wright, and TV and Appliance Land,
Inc., Defendants.

No. 75028.

Supreme Court of Oklahoma.

April 30, 1992.

## ORDER

Certiorari having been granted previous-
ly in the above-styled case, we adopt the
opinion of the Court of Appeals, 832 P.2d
426, as amended hereby, and give it prece-
dential effect and release same for publica-
tion by Order of this Court.

The opinion of the Court of Appeals,
Division I, in the above-styled cause is in
irreconcilable conflict with *Core v. Nave*,
773 P.2d 767 (Okla.App.1989) and *Core v.
Nave* is overruled insofar as it is in conflict
with the above-styled case. Further, the
opinion of the Court of Appeals is correct-
ed, at page 5, to reflect the citation of
*"Zehr v. May*, 67 Okl. 97, 169 P. 1077
(1917)"* rather than *"Kehr v. May"* as
shown in the opinion.

OPALA, C.J., HODGES, V.C.J.,
LAVENDER, SIMMS, HARGRAVE and
SUMMERS, JJ., concur.

KAUGER, J., concurs in result.
Dissents to Substitution of one court of
appeals opinion for another.

ALMA WILSON, J., dissents.